```
                                       FILED
                                  U.S. DISTRICT COURT
                                  DISTRICT OF MARYLAND
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff | * | |
| v. | * | Civil No. CCB-00-1752 |
| NEVILLE M. SWEENEY, | * | |
| Defendant | * | |

ORDER

Upon consideration of plaintiff's motion,

IT IS this _2d_ day of _November,_ 2000

ORDERED that the time for the plaintiff to serve process on the defendant BE and the SAME HEREBY IS extended nunc pro tunc through December 16, 2000.

_____
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE


RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

NOV ___

UNITED STATES DISTRICT JUDGE