UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff | * | |
| v. | * | Civil No. CCB-00-1752 |
| NEVILLE M. SWEENEY, | * | |
| Defendant | * | |

ORDER

Upon consideration of plaintiff's motion,

IT IS this  5th  day of  January , 2001

ORDERED that the time for the plaintiff to serve process on the defendant BE and the SAME HEREBY IS extended <u>nunc pro tunc</u> through February 17, 2001.

_____
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

JAN 8 2001

CLERK U.S. ...
DISTRICT OF MARYLAND
BY ___ DEPUTY