IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE UNITED STATES OF AMERICA   *

      Plaintiff,   *

      v.   *   Civil No. CCB-00-1752

NEVILLE M. SWEENEY   *
3120 Howard Park Avenue
Baltimore, Maryland 21207,   *

      Defendant.   *

. . . oOo . . .

## ORDER

Having read and considered the Plaintiff the United States' Motion for Substitute Service and good cause having been shown therefore, it is this _17_ day of _January_, 2001,

ORDERED

1. The United States' Motion for Substituted Service is granted; and

2. Service of the Summon and Complaint may be made by regular U.S. Mail and by posting of the summons and complaint on the door of the above-listed residence.

_____
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

